1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       Christina.McCall@usdoj.gov
8
   Attorneys for United States of America
9
                       UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,           ) No. 4-16-70383 MAG
                                         )
14 |     Plaintiff,                      ) STIPULATION AND [ORDER] TO EXTEND
                                         ) TIME FOR PRELIMINARY HEARING AND
15 |  v.                                 ) EXCLUDE TIME UNDER SPEEDY TRIAL ACT
                                         )
16 | KENNETH ELLIS,                      ) Date: April 25, 2016
                                         ) Courtroom 4
17 |     Defendant.                      )
                                         )
18

19     On March 31, 2016, the parties appeared before Magistrate Ryu for a detention hearing. The

20 Court set a status conference regarding preliminary hearing for April 25, 2016, and the parties jointly

21 waived time under Rule 5.1.

22     Plaintiff, United States of America, by and through Assistant United States Attorney, Christina

23 McCall and Defendant Kenneth Ellis, individually and by his counsel of record, Jerome Matthews

24 hereby stipulate to continue the status conference regarding preliminary hearing currently set for April

25 25, 2016, to May 2, 2016, at 9:30 a.m.

26     The parties agree that the time beginning from the date of this stipulation extending through May

27 2, 2016, should be excluded from the calculation of time under the Speedy Trial Act. Further, the

28 defendant consents to an extension of the time for a preliminary hearing until May 2, 2016, Fed. R.

Crim. P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

In particular, the one-week extension of time is required so that the parties can continue to conduct investigation and discuss the possibility of a pre-indictment resolution of the case.  The government has produced voluminous discovery in this case, consisting of: defendant's rap sheet; police reports from approximately 11 bank robberies; surveillance images and videos; lookout flyers; and a DVD containing defendant's post-arrest statement.  Defense counsel needs time to review these materials in order to advise his client how to proceed.   The defendant consents to this continuance. The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C. §§ 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).

The parties are separately submitting a stipulation to continue the additional briefing ordered by Magistrate Judge Ryu, currently set for April 18.  The parties are also requesting that the briefing deadline be set for May 2, 2016.

DATED:  April 14, 2016                                           Respectfully submitted,

                                                                                  BRIAN J. STRETCH
/s/ Jeroms Matthews                                            United States Attorney
JEROME MATTHEWS
Attorney for Kenneth Ellis

                                                                                  /s/ Christina McCall
                                                                                  CHRISTINA McCALL
                                                                                  Assistant United States Attorney


## ORDER

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time.  The Court hereby finds that the Stipulation demonstrates good cause for an extension of time for the preliminary hearing status conference date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.  Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18

1  U.S.C.§3161(h)(7)(A).  The date of the status conference regarding preliminary hearing is hereby
2  extended to May 2, 2016 at 9:30 a.m., and the time between the date of this order and May 2, 2016 shall
3  be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) and Federal Rule of Criminal
4  Procedure 5.1(d).

   IT IS SO ORDERED.

DATED: 4/14/16

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge