STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone:    (510) 637-3500
Facsimile:    (510) 637-3507

Counsel for Defendant KENNETH ELLIS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>     v.<br><br>KENNETH ELLIS,<br><br>                                Defendant. | No. 4 16 70383 MAG<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING PRELIMINARY<br>HEARING OR ARRAIGNMENT AND<br>EXCLUDING TIME UNDER THE<br>SPEEDY TRIAL ACT** |

This matter presently is scheduled for preliminary hearing or arraignment on 18 May 2016. Defense counsel continues to review the discovery produced by the government and conduct investigation, all with the goal of reaching a pre-indictment resolution of this case. In addition, defense counsel will be unable to devote attention to this case next week as he and his family will be moving into a new residence.

For these reasons, IT IS STIPULATED AND AGREED that this matter may be continued to 2 June 2016 for preliminary hearing or arraignment, that the timing of the preliminary hearing or return of an indictment under Fed. R. Crim. P. 5.1 is WAIVED, and that time under the Speedy Trial Act should continue to be excluded for effective defense preparation as well as continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: 12 May 2016

/s/
_____
CHRISTINA McCALL
Assistant United States Attorney

Dated: 12 May 2016

/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Good cause appearing therefor, IT IS ORDERED that preliminary hearing or arraignment in this matter be continued to 2 June 2016, that the timing of the preliminary hearing or return of an indictment under Fed. R. Crim. P. 5.1 is extended to that date pursuant to defendant's waiver, and that time under the Speedy Trial Act be excluded for effective defense preparation as well as continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: May  13 , 2016

_____
DONNA M. RYU
United States Magistrate Judge