STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone:	(510) 637-3500
Facsimile:	(510) 637-3507

Counsel for Defendant KENNETH ELLIS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>KENNETH ELLIS,<br><br>　　　　　　　　　　Defendant. | No. 4-16 -70383 MAG<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING PRELIMINARY<br>HEARING OR ARRAIGNMENT** |

　　　　This matter presently is set for preliminary hearing or arraignment on 16 June 2016. The parties presently are reviewing discovery and conducting investigation with the goal of possibly reaching a global resolution of this case, including as yet unfiled charges for related offense conduct that took place in the Eastern District of California.

　　　　For these reasons, IT IS STIPULATED AND AGREED that this matter may be continued to 7 July 2016 for preliminary hearing or arraignment, that the timing of the preliminary hearing or return of an indictment under Fed. R. Crim. P. 5.1 is WAIVED, and that time under the Speedy Trial Act should continue to be excluded for effective defense preparation. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated:  14 June 2016                                    /S/
CHRISTINA McCALL
Assistant United States Attorney


Dated: 14 June 2016                                     /S/
JEROME E. MATTHEWS
Assistant Federal Public Defender


Good cause appearing therefor, IT IS ORDERED that preliminary hearing or arraignment in this matter be continued to 7 July 2016, that the timing of the preliminary hearing or return of an indictment under Fed. R. Crim. P. 5.1 is extended to that date pursuant to defendant's waiver, and that time under the Speedy Trial Act should continue to be excluded for effective defense preparation.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).


Dated:  June  15 , 2016                                 _____
KANDIS A. WESTMORE
United States Magistrate Judge